IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 OCT -4 AM 10:09

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BELEN PARTIDA,

Defendant.

8:15MJ143

ORDER FOR DISMISSAL

Pursuant to Motion of the United States (Filing No. 17), leave of court is granted for the filing of the dismissal of the Complaint against Belen Partida.

IT IS ORDERED that the Motion to Dismiss the Complaint (Filing No. 17) is granted.

Dated this 4 day of October, 2017.

BY THE COURT:

MICHAEL D. NELSON
United States Magistrate Judge